PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

Original

**IN THE UNITED STATES DISTRICT COURT
FOR THE ___Southern___ DISTRICT OF TEXAS
Corpus Christi DIVISION**

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 1 4 2016

David J. Bradley, Clerk of Court

Orlando Figueroa 10066912
Plaintiff's Name and ID Number

Nueces County Jail
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Sheriff Kaelin, Jim. Nueces County Jail, 901 Leopard St. #200 C.C. TX. 78401
Defendant's Name and Address
Nueces County Jail Grievance officer Gamez, Nueces County Jail (see above)
Nueces County Jail Head Classification officer Thamez (see above)
Defendant's Name and Address
Nueces County Jail Counster/classification officer Segura (see above)
N.C.J. Officer Chief McKinzie (see above)
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _August 10, 2015_
      2. Parties to previous lawsuit:
        Plaintiff(s) _Orlando Figueroa_
        Defendant(s) _Officer Samantha Baldwin_
      3. Court: (If federal, name the district; if state, name the county.) _U.S. Southern District, Corpus Christi_
      4. Cause number: _2:15-CV-00339_
      5. Name of judge to whom case was assigned: _U.S. Magistrate Judge Jason B. Libby_
      6. Disposition: (Was the case dismissed, appealed, still pending?) _Still pending_
      7. Approximate date of disposition: _Still pending_

II.     PLACE OF PRESENT CONFINEMENT: _No longer confined_

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted all steps of the institutional grievance procedure? _✓YES  ✓NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

**IV. PARTIES TO THIS SUIT:**

A. Name and address of plaintiff: *Orlando Figueroa, 3817 Brushwood LN., Corpus Christi, T.X 78415*

*phone # 361-290-5107*

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: *Sheriff Jim Kaelin, Nueces County Jail, 901 Leopard St. #200, Corpus Christi, T.X. 78401*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*He is in charge of entire Jail staff and proceedures which more than 2 staff violated.*

Defendant #2: *Grievance officer Gamez, Nueces County Jail, 901 Leopard St. #200, Corpus Christi, T.X. 78401*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*Did not protect my rights, brushed off any claims of violations and no investigation was done.*

Defendant #3: *Classification officer Segura, Nueces County Jail, 901 Leopard St. #200, Corpus Christi, T.X. 78401*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. *for using the grievance process Moved me to punishment segregation without any hearing And was told I was moved And for causing attention to myself simply for that reason of invoking my rights.*

Defendant #4: *Head Classification officer Thamez, Nueces County Jail, 901 Leopard St. #200, Corpus Christi, T.X. 78401*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*Put me in punishment segregation for invoking my constitutional rights to the grievance process, and stated I was attracting attention to myself and got punished for it.*

Defendant #5: *Chief Mckinzie, Nueces County Jail, 901 Leopard St. #200 Corpus Christi, T.X. 78401*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*He was notified of grievances filed and complained to classification staff and instead of helping, he contributed to my move for filing grievances.*

**V. STATEMENT OF CLAIM:**

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was in tank 4-M in N.C.J. when a t.v. was taken without due process. I invoked my constitutional rights to due process and filed complaints through the paperwork given to us. Grievance officer Gomez ignored my complaints, did no investigation. I notified the chief of the problem and an inmate getting beat up over Ms Gomez grievance officer for violating our due process and the Chief and Grievance officer notified classification. The two classification officers then had me moved to punishment Segregation with no due process nor any reason. Two officers asked on my behalf to the counselor Thamez "why is he being moved"? His response (Thamez) "He don't need to know why" After filing many complaints while in Segregation, every complaint by the Counselors were ignored and Grievance officer did not investigate. 2 weeks later Officers Thamez and Segura took me to the office and said I was moved

VI.    RELIEF: to punishment Seg for writing grievances about the T.V. and complaining to the Chief about an inmate getting beat up because of Grievance officer Gamez.
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. That inmates due process rights not be violated and officers know they cannot use their status to abuse us, ignore our complaints, and ignore their own codes of procedures. An injunction that their be a correction in policy where Complaints are taken into consideration and better training to Classification and Grievance officers And monetary relief for being put in segregation for invoking my rights to filing complaints

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Orlando Figueroa , Rabbit, lawyer.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1484616 , 1642616 - T.D.C.J.    10066432 - N.C.J.

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?     _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: _/-/2-/6_
        DATE

                                       _Orlando Figueroa_
                                       (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____12th_____ day of ____January____, 20 _16_ .
          (Day)                 (month)          (year)

                                       _Orlando Figueroa_
                                       (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

J.M   11-2-15                                          Ms. Gamez
1115

## NUECES COUNTY SHERIFF'S DEPARTMENT
### JAIL DIVISION
### INMATE COMMUNICATION FORM

DATE: 11-1-15                          DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES COUNTY JAIL

- **PLEASE CHECK THE SERVICES YOU ARE REQUESTING:**  ☐ VISITS/VISITAS        ☐ MAIL/CORREO

  ☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD    ☐ FOOD SERVICE/ALIMENTACION

  ☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS    ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

  ☐ LIBRARY/BIBLIOTECA    ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO    ☐ OTHER/OTRO

  ☐ MEDICAL/SERIVICIOS DE SALUD    ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

  ☐ WORK RELEASE/LIBERTAD PARA TRABAJO    ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS POR CARCELEROS

  ☑ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME _Orlando Figueroa_  DOB _7-19-78_  SID# _10066912_  UNIT _4-M_

NARRATIVE: _Ma'am, in the last week of October, the T.V. was taken in violation of the rules and regulations code 20.06 "Disciplinary Action will never be imposed without a signed waiver or a disciplinary hearing". I was not given notice I individually did anything wrong nor signed any waiver nor gone to any disciplinary hearing, therefore my due process rights are being violated and respectfully ask the T.V. be returned or point out who the individual is who committed the infraction and 'Him' be disciplined individually. Corporal punishment is not permitted. Furthermore, under 20.03 "Inmate Rights" states 'E'-"A disciplinary committee consisting of three officers not involved..." You alone are not the "three officers"_  INMATE'S SIGNATURE _nor are you_

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _an impartial party because you control the T.V.s_

The TV in 4M was returned on 10/9/15, after the cable connections were repaired. On 10/27/15, the TV was again removed due to tampered connections which you and the other inmates condoned by not reporting that one of you had created this damage.

Having a TV in the unit is a privilege and needs to be treated as so. Constantly having to repair cable connections is time consuming & costly.

The TV's or radios are optional items we choose to allow for use in the dayrooms, neither is mandated to be provided.

11/3/2015                          OFFICER'S SIGNATURE _P. Gamez_

DISTRIBUTION:   WHITE-SERVICE DEPT.   YELLOW-RESPONSE   PINK-INMATE

M. Gan
11087

Ms Gomez

# NUECES COUNTY SHERIFF'S DEPARTMENT
## JAIL DIVISION
### INMATE COMMUNICATION FORM

DATE: 11-6-15                                    DO NOT WRITE ON BACK OF THIS FORM

NOTE:  USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES
COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING:  ☐ VISITS/VISITAS        ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD      ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS      ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA      ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO      ☐ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD      ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO      ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS
POR CARCELEROS

☑ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME _Orlando Figueroa_    DOB _7-19-78_    SID# _10066912_    UNIT _S-C_

NARRATIVE:

Ma'am. My due process rights are being violated as well as atreated with cruel and unusal punishment and retaliation. I was moved from 4-M, population for NO REASON, and put in disciplinary seg. I have done Nothing wrong, violated NO RULES nor did I request to Be moved. This is ridiculous. I am denied due process to any hearing, and retaliated because I am invoking my rights with the grievance process and for a lawsuit against the city. Please find out who is responsible for this move and correct the issue and move      INMATE'S SIGNATURE

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST

me back to 4-M.      Thank you for your help

No evidence of your rights being violated or any cruel or unusual punishment.
Inmates shall be assigned Housing Units as determined suitable by the Jail Classification Division.
~~What Grievance have you filed? I have no record of any.~~
You are not being retaliated against for a lawsuit against the city. We have no control over this information.
This complaint is unfounded.

11/9/2015                                    OFFICER'S SIGNATURE P. Gamez

DISTRIBUTION:      WHITE-SERVICE DEPT.      YELLOW-RESPONSE      PINK-INMATE

*"lives in danger"*     *Chief Mckinzie*

Case 2:16-cv-00018   Document 1   Filed 01/14/16 in TXSD   Page 8 of 16

**NUECES COUNTY SHERIFF'S DEPARTMENT**
**JAIL DIVISION**
**INMATE COMMUNICATION FORM**

DATE: 11-4-15           **DO NOT WRITE ON BACK OF THIS FORM**

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES COUNTY JAIL

**PLEASE CHECK THE SERVICES YOU ARE REQUESTING:** ☐ VISITS/VISITAS    ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD    ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS    ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA    ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO    ☒ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD    ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO    ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS POR CARCELEROS

☐ GRIEVANCE OFFICER/

**GIVE THIS FORM TO THE INMATE LIASON OFFICER**

INMATE NAME: Edward Shields    DOB 12-03-1972    SID# 1007421?    UNIT 4-M

NARRATIVE: Sir, the Grievance Officer Ms Gomez got offender Davenport beat up and put his life in jeopardy. Her tactics put us all in jeopardy as she wants us to be 'building tenders' and police each other. See attachment and her response 'underlined'. (A) The TV cable was not tampered with. Ms Gomez herself tampered with the cable to fit through the hole in the wall (Please come over ); (B) If an inmate tampered with the cable THAT inmate individually should be punished, not everyone in a group. Corporal punishment is not permitted. Furthermore, please read the attachment, She violates the rules and regulations 20.06 and 20.03. No individual was identified of committ...

INMATE'S SIGNATURE _____

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST ...the violation, and a hearing was not granted by two hearing officers. She is abusing her authority and taking TVs without due process AND, putting offenders lives in danger by punishing a group for one individual, we still have no TV. Sgt. Arismendez also violated due ____    Respectfully, [signature] ____ process for taking TVs without asking ANY questions or charging an individual.

OFFICER'S SIGNATURE _____

DISTRIBUTION:    WHITE-SERVICE DEPT.    YELLOW-RESPONSE    PINK-INMATE

Curtis Thomez

**NUECES COUNTY SHERIFF'S DEPARTMENT**
**JAIL DIVISION**
**INMATE COMMUNICATION FORM**

DATE: 11-6-15                                    DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES
COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING: ☐ VISITS/VISITAS          ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD     ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS     ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA     ☑ COUNSELING SERVICES/SERVICIOS DE CONSEJO     ☐ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD          ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO     ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS
POR CARCELEROS

☐ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME Orlando Figueroa     DOB 7-14-78     SID# 1306912 UNIT 5-C

NARRATIVE:

Sir, Could you please let me know why I'm being
discipled o' put in seg from 4 m? — ni done
_____ _____ _____ _____
_____ inmates and officers. ALWAYS. I never
_____ here. Why would _____ move me?

_____ INMATE'S SIGNATURE _____

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _____

_____ OFFICER'S SIGNATURE _____

DISTRIBUTION:     WHITE-SERVICE DEPT.     YELLOW-RESPONSE     PINK-INMATE

NUECES COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION
INMATE COMMUNICATION FORM

DATE: 11-6-15                                           DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES
COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING:  ☐ VISITS/VISITAS          ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD    ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS         ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA     ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO     ☐ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD          ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO    ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS
                                          POR CARCELEROS

☐ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER                                5-C

INMATE NAME _Orlando Figueroa_   DOB _7-19-78_   SID# _10066912_  UNIT _____

NARRATIVE: _____

Sirs, I got moved from 4-m to 5cy and
did nothing wrong. _____
_____ I have pending ? _____
_____ write me out __ __ __ bullshit.
You know me, I am a very proper C/I person. If
_____ wrote me out, that ____ of a truth, he
has a history of _____ people _____ _____
_____ I can think of ____ ____ ____
___ to ca get his drug ___ because I " ____ ____
____ ____ gang ____ shit __ this dorm (4-m).
___ is ____ ____ ____ ____   INMATE'S SIGNATURE _____

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _____

Good Job! I ever told you I _____ gang ____ ____
illegal shit in that dorm which is ____ I told you
and ms Lt Gomez last time. Also ____ all the
____ ____ gang to flood ____ ____ ____ ___. I ____.
You should know me _____.
It seems good deeds go punished. I'm done!

_____ OFFICER'S SIGNATURE _____

DISTRIBUTION:   WHITE-SERVICE DEPT.     YELLOW-RESPONSE     PINK-INMATE

NUECES COUNTY SHERIFF'S OFFICE
JAIL DIVISION
INMATE COMMUNICATION FORM ___Ibanez Ard___

G7 Segura

DATE: _11-12-15_

DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICES WHILE IN THE NUECES COUNTY JAIL.

PLEASE CHECK THE SERVICES YOU ARE REQUESTING: ☐VISITS/VISTITAS ☐MAIL/CORREO

☐HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD ☐FOOD SERVICE/ALIMENTACION

☐INMATE PROGRAMS/PROGRAMAS PARA PRESOS ☐RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐LIBRARY/BIBLIOTECA ☐COUNSELING SERVICES/SERVICIOS DE CONSEJO ☑OTHER/OTRO

☐MEDICAL/SERVICIOS DE SALUD ☐INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐WORK RELEASE/LIBERTAD PARA TRABAJO ☐STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS POR CARCELEROS

☐GRIEVANCE OFFICER

GIVE THIS FORM TO THE INMATE LIASION OFFICER

INMATE NAME: _Orlando Figueroa_ DOB: _7-19-78_ SID#: _Luis 912_ UNIT: _5C_

NARRATIVE: _Sir, Could you tell me what I did wrong to be moved to Seg? I honestly don't know what you "think" i've done. I've written twice and heard no response. what ever false accusations made is just that, Bullshit. Ask the officers who know me and see me ever day. what a of person I am. My word is good. I be doing law work, always in my cell respectful. I'm an honest respectful man. Ask officer Jet Moreno, Jet Arinet, Jet Garza Ptg officer Gonzalez_

INMATE'S SIGNATURE: _____

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST: _____

_Officer Russen they see me everyday and know my personal. Also, you havent our attempted to tell me what I did or given me the in any due process. So anybody can be moved with in saying or notice why by you?_

OFFICER'S SIGNATURE: _____

DISTRIBUTION: WHITE-SERVICE DEPT. YELLOW-RESPONSE PINK-INMATE

NUECES COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION
INMATE COMMUNICATION FORM

DATE: 11-14-15

DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING: ☐ VISITS/VISITAS   ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD   ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS   ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA   ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO   ☐ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD   ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO   ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS POR CARCELEROS

☑ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME _Orlando Figueroa_   DOB _7-19-78_   SID# _10066912_   UNIT _5-C_

NARRATIVE:

Ma'am On 11-9-2015, you responded to my grievance. This is another attempt to properly have this issue resolved, I was removed from population and put in seg which is for 'punishment' or 'pc.' I'm neither. Segregation is for punishment. Why am I being punishment? Without any notice? What rule have I violated? What evidence that I asked to be moved?

Also, you stated I have not filed any grievance (no grievance on file). I submitted a grievance concerning due process violations concerning the T.V. How can it be it's not on file? You gave me a response and was days before I was moved. That is my inquiry concerning retaliation, becaus

INMATE'S SIGNATURE _[signature]_

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST

I'm exercising my rights. Can you please look into this matter? Did I get moved from 4-M for disciplinary or because I wrote you asking for the T.V.?

~~That was not a Grievance that was a complaint I answered to.~~

Before being issued a Grievance Form you must first attempt an informal resolution. Please see the enclosed form, ~~which will explain the procedure to follow. [Inmate Grievance Procedure]~~

A complete description of the problem is necessary not just asking for the form.

✓ You were not moved because you wrote asking for the TV.

~~Contact Classifications as to why you were moved. I have no control over their decisions.~~

11/16/2015   OFFICER'S SIGNATURE _P. Gamez_

DISTRIBUTION:   WHITE-SERVICE DEPT.   YELLOW-RESPONSE   PINK-INMATE

*Shift Lt.*

**NUECES COUNTY SHERIFF'S DEPARTMENT**
**JAIL DIVISION**
**INMATE COMMUNICATION FORM**

DATE: 11-17-15                    <u>DO NOT WRITE ON BACK OF THIS FORM</u>

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES COUNTY JAIL

<u>PLEASE CHECK THE SERVICES YOU ARE REQUESTING:</u>  ☐ VISITS/VISITAS      ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD      ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS      ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA      ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO      ☑ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD      ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO      ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS POR CARCELEROS

☐ GRIEVANCE OFFICER/

<u>GIVE THIS FORM TO THE INMATE LIASON OFFICER</u>

INMATE NAME Orlando Figueroa      DOB 7-19-78      SID# 10066912      UNIT 5-C

NARRATIVE: Lt. I have tried 2 times verbally with Sgt Chance and GI Segura to voluntarily get video footage a key, got ignored. Then, I wrote a complaint and officer McGown notified me he would return and speak with his Sgt Chance with no response. Now I parallelly have my complaint to you — am ___ ___ VM and have been since April ___ on 11-6-15 for no _____ reason I'm segregated without cause, without any notice or any due process. I have no cases and was still put in punitive seg by the counselors violating rules 20.03 (right to a hearing); 20.06 (no discipline ever imposed without a hearing); and population is a privilege that shall come with institutional due process 20.05.. Please look into

INMATE'S SIGNATURE _[signature]_

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _____

this matter and why counselors willfully violate on civil rights of due process and cruel punishment. Thank you. I have also wrote Ms. Gomez twice 11-6 and 11-14 and she did no investigation, simply returned my complaint a evidence in response for "me" to write Classification and ask them myself. What is she for then? Classification can move us to punitive seg without due process.(according to Ms Gomez). I have two (2) other witnesses, Thomez stated "You dont need to know"

OFFICER'S SIGNATURE _____

DISTRIBUTION:   WHITE-SERVICE DEPT.      YELLOW-RESPONSE      PINK-INMATE

Why you where moved to seg. It is my right.

**NUECES COUNTY SHERIFF'S DEPARTMENT**
**JAIL DIVISION**
**INMATE COMMUNICATION FORM**

DATE: 11-11-15                          DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES
COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING: ☐ VISITS/VISITAS          ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD      ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS           ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA      ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO      ☑ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD            ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO     ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS
                                           POR CARCELEROS
☐ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME _Orlando _____ DOB _7-19-__ SID# _____ UNIT _5-C_

NARRATIVE: _Lt., I wrote Ms Gomez on many occasions attempting to protect my due process rights and my Civil rights have violated and she is of No assistance whatsoever. This request is specifically concerning the 7 system taken as 4-11 was no due process, punishing the whole dorm - group punishment is not allowed. She violated rule 20.06 (no dropshing who will ever be in p.m. without a hearing) ____ the response was for us to be "butting heads" as she put allude to ____ Life in danger and he got beating by an inmate upset over group punishment. I have this request here as evidence to show you. Also ____ rule 20.05 (privileges shall_

INMATE'S SIGNATURE _____

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _Come with ____ due process) which she violates willfully everyday. She putting inmates lives in danger. Look at me I'm in seg. I get moved he revoked my rights or because of her tactics. I'm in ____ seg for no ____ I believe she had a hand in this and in turn retaliated against ___ she caused ____ to write other inmates out to get the TV back. Why me? Please speak to ____ I'll go over ____ deal._

OFFICER'S SIGNATURE _____

DISTRIBUTION:   WHITE-SERVICE DEPT.   YELLOW-RESPONSE   PINK-INMATE

NUECES COUNTY SHERIFF'S DEPARTMENT
JAIL DIVISION
INMATE COMMUNICATION FORM

DATE: 11 19 15

DO NOT WRITE ON BACK OF THIS FORM

NOTE: USE THIS FORM FOR ALL REQUESTS FOR INFORMATION OR SERVICESS WHILE IN THE NUECES
COUNTY JAIL

PLEASE CHECK THE SERVICES YOU ARE REQUESTING: ☐ VISITS/VISITAS   ☐ MAIL/CORREO

☐ HANDLING OF PROPERTY/CUSTODIA DE PROPIEDAD   ☐ FOOD SERVICE/ALIMENTACION

☐ INMATE PROGRAMS/PROGRAMAS PARA PRESOS   ☐ RELIGIOUS SERVICES/SERVICIOS RELIGIOSOS

☐ LIBRARY/BIBLIOTECA   ☐ COUNSELING SERVICES/SERVICIOS DE CONSEJO   ☑ OTHER/OTRO

☐ MEDICAL/SERIVICIOS DE SALUD   ☐ INMATE CLASSIFICATION/CLASIFICACION DE PRESOS

☐ WORK RELEASE/LIBERTAD PARA TRABAJO   ☐ STAFF TREATMENT OF INMATES/TRATAMIENDO DE PRESOS
POR CARCELEROS

☐ GRIEVANCE OFFICER/

GIVE THIS FORM TO THE INMATE LIASON OFFICER

INMATE NAME _Orlando Figueroa_ DOB _7-19-78_ SID# _1        712_ UNIT _S C_

NARRATIVE: _Captain Sir, I have been trying to get a a Civil rights violation addressed to no success. I have written the Counslers 3 times and have been gnored. I wrote Mrs Gomez Sks no help. A shift officer was notified by Officer M. Gomez no Response. I wrote the shift Lt. and was notified simply "you'll be moved when space permits" (see attachment). That however still does NOT address the issue that caused all this in the first place. I dont want this to happen to anyone else. Inmates have a right Not to be put in punishment seg for no reason and have rights to be notified why and to due process th    as    Jail regulations as well as civil_

INMATE'S SIGNATURE _Orlando F_

THE FOLLOWING SPACE IS PROVIDED FOR A REPLY TO YOUR REQUEST _rights of inmates. I don't think this is proper, the    to know    according U.S Court held if moved to seg must for due process are as       the Court parte I'm not    being as described. I had Teer told    are that Courslor Thomas told them "we dont want them in for a seg." Please correct this matter    Please give me a grievance form. I'm still in Seg._

OFFICER'S SIGNATURE _____

DISTRIBUTION:   WHITE-SERVICE DEPT.   YELLOW-RESPONSE   PINK-INMATE

Orlando Figueroa
3817 Brushwood LN
Corpus Christi, T.X.
78415

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 14 2016

David J. Bradley, Clerk of Court

CORPUS CHRISTI TX 784
WED 13 JAN 2016   PM

U.S. District Clerk
Corpus Christi Division
1133 N. Shoreline Blvd
Corpus Christi, T.X.
78401

Case 2:16-cv-00018   Document 1   Filed 01/14/16 in TXSD   Page 16 of 16